**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2026 JUN 29 P 12: 18

LEONARD FITZGERALD Reid

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

HILTON HOTELS

NEWARK PENN STATION

_____

**COMPLAINT**

Jury Trial: [X] Yes  [ ] No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional   plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name                    _____

               Street Address          _____

               County, City            _____

               State & Zip Code        _____

               Telephone Number        _____

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Hilton Hotels_

Street Address _Penn Station_

County, City _Essex_      _Newark_

State & Zip Code _NJ_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Are Respiratory / Cardio Vascular Illnesses Covered Under American w/ Disabilities Act? Title III_

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this_____day of_____JUNE_____, 20_____.

Signature of Plaintiff _____

Mailing Address _____

672 S. 16th Street

Newark, NJ 07103

Telephone Number _____973 342 4036_____

Fax Number *(if you have one)* _____

E-mail Address _____LFR330 @ gmail.com_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III.    **Statement of Claim:**    *TREASON AGAINST AMERICAN PUBLIC*

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? *FAILURE TO COMPLY POST TO AMERICAN HEALTH LAWS PRIOR - WORLDWIDE HEATH CRISIS.*

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

*2018 - PRESENT TIME MERCHANT*

| | |
|---|---|
| What happened to you? | C. Facts: *ENABLING ENEMIE OF USA TO CONDUCT bio Chemical WARFARE* |
| Who did what? | |
| Was anyone else Involved? | |
| Who else saw what happened? | |

- 3 -

Statement of Claim

**07/02/2026**

## Reid vs Hilton Hotel Penn Station

# $ 250 M  Treason

(1)  National endangerment **(treason)** by refusing to comply to mandated Federal Law

   - American with Disabilities Act Title III  2 years **(prior to Covid 19 pandemic) failure** to make reasonable accommodations for patrons with respiratory / cardiovascular illnesses.

(2)  **Enabling enemies of the United States to conduct biochemical warfare** by infecting Americans through the unsanitary, unregulated hotel carpets.

(3)  Legislative Imprisonment of Federal health case **$ 15 M          2018 Reid vs Hilton Penn Station Double Tree** 2:19-CV-19150-ES-CLW

   - Refusing to display allergen levels in rented rooms upon check-in with carpeted surfaces.
   - Refusing to Inform clients that carpets are only 40% clean based on **Bronze certification** level of cleaning equipment. **Based on the studies**

**conducted by the Carpet and Rug Institute of America.**

- Endangering healthy infants, hospital patients, elderly with weaker respiratory systems with lack of posted health information transparency.
- Racism since Asthma is primarily confined to minority populations.
- Pets in rooms with fleas and ticks to transfer diseases through unsanitary carpets.
- Requested a settlement call to avoid trial – then offered $ 0 dollars.

**As outlined in previous Court case**

This is unfortunately, another classic example of an Iconic American brand, betraying the nation for the sake of profit.

As "reasonable accommodations" for the wheelchair and shower modifications had to be forced through the Court system also.

**I submit to the Jury that this betrayal; has had more dire consequences worldwide, since respiratory diseases have more acute and lethal consequences to humankind.**

I submit that the Court deem this **$ 250 M fine** as reasonable, as the previous amount of **$ 15 M** was apparently not enough, for the merchant grasp the gravity of flaunting American health laws. Which are designed to

safeguard the population that they claim to value and serve.

While allowing this ongoing health case, to reach this point, proves unequivocally otherwise.

Hotels can no longer be allowed to operate without oversight or impunity for breaking laws.

**And I, now, for the fourth time of filing a Federal case in the NJ Court system in 8 years of seeking to protect the public.**

**Demand my right as citizen and Veteran of the Armed Forces of America, to have a trial by jury. Which I have paid the required fee(s) to achieve.**

Sincerely,

**Leonard F. Reid**

**Asthma Blasters**

**Pro Se**

**AsthmaBlasters.com**

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- 4 -